

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR5223-BTM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| OMAR CABALLERO-GARCIA (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense as charged in the Information:

TITLE 8 U.S.C. §1326(a) and (b).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 23, 2011

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE